UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

**MINDIA ABASHIDZE,**
Petitioner,

v.

**DAVID L. KURZDORFER,** in his official capacity as Field Office Director, ICE Enforcement and Removal Operations, Buffalo Field Office;
**KRISTI NOEM,** in her official capacity as Secretary of Homeland Security; and
**PAM BONDI,** in her official capacity as Attorney General of the United States,
Respondents.

Case No. _ 1:25-cv-01195

ORDER TO SHOW CAUSE

Upon the Petition for a Writ of Habeas Corpus filed under 28 U.S.C. § 2241 by Petitioner Mindia Abashidze, presently detained at the Buffalo Federal Detention Facility in Batavia, New York; and the Court having reviewed the Petition, supporting declaration(s), and exhibits; and it appearing that Petitioner challenges the legality of his continued civil immigration detention under the Due Process Clause and 8 U.S.C. § 1226(a);

IT IS HEREBY

ORDERED that Respondents shall SHOW CAUSE in writing on or before November 21, 2025, why a writ of habeas corpus should not be granted; and it is further

ORDERED that Respondents shall file a written return and response to the Petition by that date; and it is further

ORDERED that Petitioner may file any reply no later tha November 28, 2025; and it is further

ORDERED that, pending the Court's determination of the Petition, Respondents are TEMPORARILY RESTRAINED from transferring Petitioner from the Buffalo Federal Detention Facility or otherwise removing him from the jurisdiction of this Court without prior order of this Court; and it is further

ORDERED that Respondents shall ensure prompt and meaningful access to counsel, including access to confidential legal telephone calls and video visitation, for purposes of preparing the habeas litigation; and it is further

ORDERED that Petitioner's counsel shall serve a copy of this Order, along with the Petition and supporting papers, upon the United States Attorney for the Western District of New York by ECF and email, and upon all other Respondents by certified mail and/or email forthwith. Such service shall be deemed good and sufficient; and it is further

ORDERED that failure by Respondents to comply with this Order may result in sanctions or any relief the Court deems appropriate, including the granting of the writ.

SO ORDERED.

Dated: Buffalo, New York
_____, 2025

---

Hon. _____
United States District Judge
Western District of New York