Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Mindia Abashidze                                **JUDGMENT IN A CIVIL CASE**
                                                CASE NUMBER: 25-cv-1195
    v.

David L. Kurzdorfer et al

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Petition for Writ of Habeas Corpus is granted.

Date: December 29, 2025                         MARY C. LOEWENGUTH
                                                CLERK OF COURT

                                                By: s/Jasmin
                                                    Deputy Clerk